IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**BRYANT GILES,**

**Defendant.**                                                              **No. 10-30084-DRH**

### ORDER

**HERNDON, Chief Judge:**

      Before the Court is Attorney Turner A. Rouse's Motion for Leave to Withdraw as Attorney of Record (Doc. 62). Attorney Rouse was originally appointed as counsel for Defendant Giles pursuant to **18 U.S.C. § 3006A**. However, since Rouse's appointment, Defendant Giles has retained counsel and that counsel has recently entered his notice of appearance (Doc. 67). As Defendant Giles has now retained counsel, Attorney Rouse asks that he be allowed to withdraw from the case. Based on the reasons set forth in the motion, the Court **GRANTS** the Motion for Leave to Withdraw as Attorney of Record (Doc. 62). Accordingly, the Court **WITHDRAWS** Turner A. Rouse as attorney of record for Defendant Giles.

      **IT IS SO ORDERED.**   Signed this 21st day of December, 2010.

David R. Herndon
2010.12.21
13:37:12 -06'00'

**Chief Judge**
**United States District Court**